# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## October 23, 2008

| | | |
|---|---|---|
| 28451 | Maxwell v. Kaiser Foundation Hosp. | Affirmed |

## October 24, 2008

| | | |
|---|---|---|
| 28595 | State, Child Support Enforcement Agency v. Roe | Affirmed |

## October 27, 2008

| | | |
|---|---|---|
| 28750, 28751 | C.R., In re | Affirmed |

## October 29, 2008

| | | |
|---|---|---|
| 28440 | Merl v. Kong | Affirmed |
| 28828 | Mulvey v. State, Dept. of Human Services | Affirmed |
| 28468 | State v. Desa | Affirmed and Remanded |

## October 30, 2008

| | | |
|---|---|---|
| 28564 | Adora v. State | Affirmed |
| 27941 | State v. Cruce | Reversed |
| 28403 | State v. Kalua | Affirmed |
| 28838 | State v. Woodfall | Affirmed |

## October 31, 2008

| | | |
|---|---|---|
| 27895 | Bats v. Meltzer | Affirmed. |

## November 6, 2008

| | | |
|---|---|---|
| 28680 | Smith v. Straub Clinic & Hosp., Inc. | Affirmed |